IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:18-cv-00920-NCT-LPA

| | |
|---|---|
| SARAH DICKEY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R.R. DONNELLEY & SONS COMPANY<br><br>Defendant. | **JOINT MOTION TO FACILITATE NOTICE OF FLSA SETTLEMENT AND FOR PRELIMINARY APPROVAL OF SCHEDULE AND PROCEDURE FOR OBTAINING FINAL APPROVAL OF FLSA SETTLEMENT** |

Plaintiff Sarah Dickey ("Plaintiff") and Defendant R.R. Donnelley & Sons Company ("Defendant"), through their respective counsel, jointly move this Court for an Order:

1. Authorizing notice of a Fair Labor Standards Act settlement pursuant to 29 U.S.C. § 216(b) to a group of similarly situated individuals consisting of:

   Plaintiff and 11 other individuals who worked onsite in Mooresville, North Carolina for R.R. Donnelley's client, Lowe's Corporation pursuant to R.R. Donnelly's contract with Lowe's at any time between February 2018 and August 2018, and who worked over 40 hours in a workweek during that time period.

A copy of the proposed Fair Labor Standards Act Settlement Agreement and Release is attached as Exhibit 1 to the Parties' Memorandum in Support of Joint Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement.

2. Approving the Notice of Proposed Settlement of Collective Action Lawsuit ("Notice"), attached hereto as "Exhibit A" to the proposed Settlement Agreement.

3. Approving the proposed Claim Form, attached hereto as "Exhibit B" to the

proposed Settlement Agreement.

4. Authorizing leave to send notice to all Collective Action Members containing the Court's approved Notice, Claim Form, tax forms, and a postage paid return envelope addressed to Counsel for Plaintiff pursuant to the terms of the Settlement Agreement.

5. Approving the proposed schedule and procedure for the final approval of the proposed Settlement Agreement.

6. Defendant joins in this motion. In addition, Defendant has reviewed and authorized filing of the accompanying Memorandum in Support of Consent Motion to Facilitate Notice of FLSA Settlement and for Preliminary Approval of Schedule and Procedure for Obtaining Final Approval of FLSA Settlement, and the Declaration of Philip J. Gibbons, Jr.

7. A proposed Order is submitted for the Court's consideration.

Respectfully submitted this 14th day of September 2020.

/s/ Michael D. Ray
Michael D. Ray, NCSB #52947
Michael.ray@ogletree.com
Elizabeth R. Gift, NCSB #44331
Elizabeth.gift@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
201 South College Street, Suite 2300
Charlotte, NC       28244
Telephone: (704) 342-2588
Facsimile: (704) 342-4379

*Attorney for Defendant*

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
phil@gibbonsleis.com
Craig L. Leis, NCSB #48582
craig@gibbonsleis.com
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Pl., Suite 325
Charlotte, NC  28277
Telephone: (704)-612-0038
Facsimile: (704) 612-0038
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on September 14, 2020, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.

*Attorney for Plaintiff(s)*

44177214.1