IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:18-cv-00920-NCT-LPA

| | |
|---|---|
| SARAH DICKEY, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>R.R. DONNELLEY & SONS COMPANY<br><br>    Defendant. | **JOINT MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION, PRELIMINARY APPROVAL OF SETTLEMENT, AND TO FACILITATE NOTICE OF PROPOSED FLSA SETTLEMENT** |

Plaintiff Sarah Dickey ("Plaintiff"), through her undersigned counsel, respectfully moves this Court for an Order:

1. Conditionally certifying a FLSA Collective Action for settlement purposes under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) for a group of similarly situated individuals ("Collective Action Members") consisting of:

> Plaintiff and 11 other individuals who worked onsite in Mooresville, North Carolina for R.R. Donnelley's client, Lowe's Corporation pursuant to R.R. Donnelly's contract with Lowe's at any time between February 2018 and August 2018, and who worked over 40 hours in a workweek during that time period.

2. Preliminarily approving the parties' Fair Labor Standards Act Settlement Agreement and Release. A copy of the proposed Fair Labor Standards Act Settlement Agreement and Release ("Settlement Agreement") is attached as Exhibit 1 to the Parties' Memorandum In Support of Joint Motion For Conditional Certification Of Collective Action, Preliminary Approval of Settlement, and To Facilitate Notice Of Proposed FLSA Settlement.

3. Approving the Notice of Proposed Settlement of Collective Action Lawsuit

("Notice"), attached as "Exhibit A" to the proposed Settlement Agreement.

    4.    Approving the proposed Claim Form, attached as "Exhibit B" to the proposed Settlement Agreement.

    5.    Authorizing leave to send notice of the proposed Fair Labor Standards Act settlement pursuant to 29 U.S.C. § 216(b) to all the putative Collective Action Members containing the Court's approved Notice, Claim Form, tax forms, and a postage paid return envelope addressed to Counsel for Plaintiff pursuant to the terms of the Settlement Agreement.

    6.    Approving the proposed schedule and procedure for the final approval of the proposed Settlement Agreement.

    7.    Defendant joins in this motion. In addition, Defendant has reviewed and authorized filing of the accompanying Memorandum in Support of Joint Motion For Conditional Certification of Collective Action, Preliminary Approval Of Settlement, And To Facilitate Notice Of Proposed FLSA Settlement as well as the Declaration of Philip J. Gibbons, Jr.

    8.    A proposed Order is submitted for the Court's consideration.

Respectfully submitted this 19th day of November 2020.

| /s/ Michael D. Ray | /s/ Philip J. Gibbons, Jr. |
|---|---|
| Michael D. Ray, NCSB #52947 | Philip J. Gibbons, Jr., NCSB #50276 |
| Michael.ray@ogletree.com | phil@gibbonsleis.com |
| Elizabeth R. Gift, NCSB #44331 | Craig L. Leis, NCSB #48582 |
| Elizabeth.gift@ogletreedeakins.com | craig@gibbonsleis.com |
| Ogletree, Deakins, Nash, Smoak & Stewart P.C. | GIBBONS LEIS, PLLC |
| 201 South College Street, Suite 2300 | 14045 Ballantyne Corporate Pl., Suite 325 |
| Charlotte, NC     28244 | Charlotte, NC  28277 |
| Telephone: (704) 342-2588 | Telephone: (704)-612-0038 |

| | |
|---|---|
| Facsimile: (704) 342-4379 | Facsimile: (704) 612-0038 |
| | *Attorneys for Plaintiff* |
| *Attorney for Defendant* | |

## **CERTIFICATE OF SERVICE**

This is to certify that on November 19, 2020, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.

*Attorney for Plaintiff(s)*

44965438.1