IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:18-cv-00920-NCT-LPA

| | |
|---|---|
| SARAH DICKEY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R.R. DONNELLEY & SONS COMPANY<br><br>Defendant. | **JOINT MOTION FOR CERTIFICATION OF COLLECTIVE ACTION AND FINAL APPROVAL OF FLSA SETTLEMENT** |

Plaintiff Sarah Dickey ("Plaintiff") and Defendant R.R. Donnelley & Sons Company, through their respective undersigned counsel, respectfully move this Court for an Order:

1. Certifying a FLSA Collective Action for settlement purposes under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) for a group of similarly situated individuals ("Collective Members") consisting of:

> Plaintiff and 9 other individuals who opted-in to this lawsuit and worked onsite in Mooresville, North Carolina for R.R. Donnelley's client, Lowe's Corporation pursuant to R.R. Donnelly's contract with Lowe's at any time between February 2018 and August 2018, and who worked over 40 hours in a workweek during that time period.[1]

2. Granting final approval of the parties' Fair Labor Standards Act Settlement Agreement and Release, including: (a) approving distribution of the Net Settlement Fund in the amount of $127,579.07, as defined in the Agreement and in the amount proposed by the Parties; (b) approving a participation award payment in the amount of $2,500.00 to Plaintiff

---

[1] Opt-In forms have been filed on the docket at Dkt. 29 to Dkt. 33.

Sarah Dickey; (c) approving attorneys' fees to Collective Counsel in the amount of $68,333.33, which is equivalent to one-third of the Maximum Settlement Amount; and (d) approving payment of litigation costs of Collective Counsel and the costs associated with Settlement Administration in the amount of $1,000.00.[2]

3. A copy of the proposed Fair Labor Standards Act Settlement Agreement and Release ("Settlement Agreement") is attached as Exhibit 1 to the Parties' Memorandum In Support of Joint Motion For Certification Of Collective Action and Final Approval of Settlement. (Dkt. 26-1.)

4. Entering a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

5. Defendant joins in this motion. In addition, Defendant has reviewed and authorized filing of the accompanying Memorandum in Support of Joint Motion For Certification of Collective Action and Final Approval Of FLSA Settlement, as well as the Declaration of Philip J. Gibbons, Jr.

6. A proposed Order is submitted for the Court's consideration.

Respectfully submitted this 19th day of March 2021.

| | |
|---|---|
| /s/ Michael D. Ray | /s/ Philip J. Gibbons, Jr. |
| Michael D. Ray, NCSB #52947 | Philip J. Gibbons, Jr., NCSB #50276 |
| Michael.ray@ogletree.com | phil@gibbonsleis.com |
| Elizabeth R. Gift, NCSB #44331 | Craig L. Leis, NCSB #48582 |
| Elizabeth.gift@ogletreedeakins.com | craig@gibbonsleis.com |
| Ogletree, Deakins, Nash, Smoak & Stewart P.C. | GIBBONS LEIS, PLLC |

---

[2] Under the Agreement, Defendant will retain $5,587.60 of the Net Settlement Fund, which represents the settlement share of the two individuals who did not opt-in to the settlement.

| | |
|---|---|
| 201 South College Street, Suite 2300<br>Charlotte, NC 28244<br>Telephone: (704) 342-2588<br>Facsimile: (704) 342-4379<br><br>*Attorney for Defendant* | 14045 Ballantyne Corporate Pl., Suite 325<br>Charlotte, NC 28277<br>Telephone: (704)-612-0038<br>Facsimile: (704) 612-0038<br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

This is to certify that on March 19, 2021, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.

*Attorney for Plaintiff(s)*

46396428.1